

Tax I.D. # 02-0459949

APR 26 2012

CERTIFIED SHORTHAND REPORTERS • PROFESSIONAL VIDEOTAPE SERVICES

JACKSON LEWIS, LLP
Debra Weiss-Ford, Esq.
100 International Drive, Suite 363
Portsmouth, NH 03801

# Invoice

| Reporter | Date | Invoice # |
|---|---|---|
| KLL | 4/25/2012 | 12-0444 |

Date Taken: 3/29/2012

Case Name: Gavin v. Liberty Mutual

| | |
|---|---:|
| Transcription of the deposition of Linda Gavin | 1,045.50 |
| Appearance fee | 130.00 |
| Copy with an original signature page has been forwarded to Attorney Lyons | 0.00 |
| E-tran sent via e-mail - Per Request | 0.00 |
| Photocopies | 34.20 |
| Shipping & handling | 19.00 |

KOS
4/27/12
okay

THANK YOU, WE APPRECIATE YOUR BUSINESS        Total        $1,228.70

P.O. Box 1387 • Manchester, New Hampshire 03105-1387
(603) 669-7922 • info@braganreporting.com • FAX: (603) 623-6540