Connelly Reporting & Video Services, Inc.

32 Gault Road
Bedford, NH 03110
603-472-5745 Fax 603-472-4969
Tax ID # 30-0198813

AUG 10 2012

# Invoice

| Date | Invoice # |
|---|---|
| 8/8/2012 | 30007 |

| Bill To |
|---|
| Daniel P. Schwarz, Esquire<br>Jackson Lewis, LLP<br>100 International Drive, Suite 363<br>Portsmouth, NH 03802 |

| Ship To |
|---|
| Daniel P. Schwarz, Esquire<br>Jackson Lewis LLP<br>100 International Drive, Suite 363<br>Portsmouth, NH 03802 |

| Rep |
|---|
| RD |

| Description | Amount |
|---|---|
| Gavin v Liberty Mutual<br>Date: August 1, 2012<br>Attendance Fee | 95.00 |
| Org. & 1 Copy Depositions of Mary Caldwell and Margaret Trefethen<br>Originals to Mr. Schwarz<br>Copies with Original Signature Pages to Mr. Lyons<br><br>e-mailed on 8-7-12<br><br>Transcripts Hand Delivered on 8-9-12<br><br>Original Exhibit Retained by Mr. Schwarz | 391.30 |

*KCS okay 8/13/12*

It's been a pleasure working with you!

**Total** $486.30

AUG 1 4 2012

Connelly Reporting & Video Services, Inc.

# Invoice

32 Gault Road
Bedford, NH 03110
603-472-5745 Fax 603-472-4969
Tax ID # 30-0198813

| Date | Invoice # |
|---|---|
| 8/11/2012 | 30020 |

| Bill To |
|---|
| K. Joshua Scott, Esquire<br>Jackson Lewis LLP<br>100 International Drive, Suite 363<br>Portsmouth, NH 03801 |

| Ship To |
|---|
| K. Joshua Scott, Esquire<br>Jackson Lewis LLP<br>100 International Drive, Suite 363<br>Portsmouth, NH 03801 |

| Rep |
|---|
| RD |

| Description | Amount |
|---|---|
| Gavin v Liberty Mutual Group, Inc.<br>Date: August 9, 2012<br>Attendance Fee | 95.00 |
| Org. & 1 Copy Deposition of Joan Lozier<br>Original to Mr. Scott<br>Copy with Original Signature Page to Mr. Lyons<br>Compressed Transcript/Word Index and CD<br><br>e-mailed on 8-11-12<br><br>Exhibit Retained by Mr. Scott | 352.05 |

It's been a pleasure working with you!

**Total** $447.05