Connelly Reporting & Video Services, Inc.

32 Gault Road
Bedford, NH 03110
603-472-5745 Fax 603-472-4969
Tax ID # 30-0198813

# Invoice

| Date | Invoice # |
|---|---|
| 8/18/2012 | 30047 |

| Bill To |
|---|
| Daniel P. Schwarz, Esquire<br>Jackson Lewis, LLP<br>100 International Drive, Suite 363<br>Portsmouth, NH 03802 |

| Ship To |
|---|
| Daniel P. Schwarz, Esquire<br>Jackson Lewis LLP<br>100 International Drive, Suite 363<br>Portsmouth, NH 03802 |

| Rep |
|---|
| LD |

| Description | Amount |
|---|---|
| Gavin v Liberty Mutual Group, Inc.<br>Date: August 13, 2012<br>Attendance Fee | 140.00 |
| Org. & 1 copy Depositions of Catharine Newick and Sarah Avery-Leaf<br>Originals and Original Exhibits to Mr. Schwarz<br>Copies with Original Signature Pages to Mr. Lyons<br>Compressed Transcript/Word Index, CD and Copying of Exhibits | 795.80 |
| e-mailed on 8-18-12 to Both Counsel<br>Complimentary e-mail to Ms. Starr | |

KCS
9/19/12
OK

| It's been a pleasure working with you! | Total | $935.80 |
|---|---|---|