# Infinite Imaging

Welcome to the digital age

933 Islington Street, Portsmouth NH 03801
603.436.3030    www.infiniteimaging.com

# INVOICE

| DATE | INVOICE # |
|---|---|
| 8/14/2012 | 144245 |

**P.O. NUMBER**

**BILL TO:**

Lyons Law Office
One New Hampshire Ave Ste 235
Portsmouth, NH 03801

**SHIP TO:**

Lyons Law Office
One New Hampshire Ave Ste 235
Portsmouth, NH 03801

Terms  Net 30      Phone  603-431-5144      Contact      Delivery:  YES  NO

| QUANTITY | DESCRIPTION | PROJECT | RATE | AMOUNT |
|---|---|---|---|---|
| 391 | 8.5x11 Black & White copies, 20# white- single sided | Depo of Catharine Newick re: Gavin v LM | 0.055 | 21.51 |
| 167 | 8.5x11 Black & White copies, 20# white- double sided | | 0.075 | 12.53 |
| 1 | 11x17 Black & White copies, 20# white- double sided | | 0.22 | 0.22 |
| 559 | 3 hole punch by machine- 7095 back- left hand side | | 0.02 | 11.18 |
| 12 | 3 hole punch by hand | | 0.03 | 0.36 |
| 12 | Prenumbered tabs- (#s 1-12)- 1 set | | 0.25 | 3.00 |
| 1 | Bindery Time 60/Hour- includes removing staples, readding staples, unfolding 11x17, refolding 11x17, collating pages, removing post it notes, adding post it notes | Matter 17818 | 60.00 | 60.00 |
| 1 | 3 Ring Binders- 2" | | 5.29 | 5.29 |
| 1 | Pick-up | | 2.00 | 2.00 |
| 1 | Delivery | | 2.00 | 2.00 |

RECEIVED AUG 1 4 2012 By_____

*We Appreciate Your Business!*

| PAYMENTS/CREDITS | $0.00 |
|---|---|
| **TOTAL** | **$118.09** |

**Customer Signature** _____     CASH  MC  VISA  AMEX  CHECK #_____     DATE:_____

*Infinite Imaging will archive your digital files for two (2) years. Since the files are not held indefinitely, please make sure you keep a copy of your own print-ready files.*

**EXETER**
75 Portsmouth Avenue, Suite 3
Exeter, NH 03833

**YORK**
470 US Route One
York, ME 03909